# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00336-CV

**In re Anurithi Chikkerur**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Anurithi Chikkerur, who is acting pro se and a vexatious litigant, has filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. Civ. Prac. & Rem. Code § 11.101.

On May 5, 2026, we notified Chikkerur that her petition was subject to the prefiling requirement for vexatious litigants and requested that she provide this Court with a copy of the required order from the appropriate local administrative judge permitting the filing of this original proceeding. *See id.* §§ 11.102(a), .103(a). We also advised her that she should file the copy of the order with this Court on or before May 15, 2026, and that the failure to do so would result in the dismissal of this original proceeding.

To date, Chikkerur has not filed a copy of an order permitting her to file this original proceeding or otherwise complied with this Court's order. Accordingly, we dismiss the petition for writ of mandamus and motion for temporary relief.

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   May 22, 2026